## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Favio T. Rodríguez Velázquez, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, hereinafter referred to as "ATF", being duly sworn, depose and state as follows:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7), that is, an officer of the United States empowered by law to conduct investigations and make arrests upon violations of the offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Task Force Officer with the ATF in San Juan, Puerto Rico, and have been so for the past seven (8) years. Prior to becoming a Task Force Officer, I worked over twenty-two (23) years as an Internal Revenue Agent for the Puerto Rico Treasury Department (Departamento de Hacienda).

3. I am currently assigned to the ATF High Intensity Drug Trafficking Area (HIDTA) group. As part of the HIDTA Group, I conduct investigations of drug trafficking, firearms, and narcotics violations. I have specialized training and/or experience in the area of high-level drug enforcement, street-level drug enforcement, narcotics smuggling and distribution, gangs, undercover operations, surveillance and debriefing informants and suspects.

4. All reference herein to any experience refers to experience gained through training, conducting firearms and controlled substances investigations, and participating in those investigations with other experienced investigators, as well as conversations with other law enforcement officers.

5. I am personally familiar with the facts and circumstances surrounding this investigation and with the information contained in this Affidavit, either through personal participation investigation or through discussions with other law enforcement officers and other ATF TFO with personal knowledge of the facts. Since this affidavit is submitted only for the limited purpose of securing the warrant sought, I have not set forth every fact known to me concerning this investigation. I have included what I believe are the facts sufficient to establish probable cause for the warrant sought.

## FACTS SUPPORTING PROBABLE CAUSE

6. On August 2, 2025, at approximately 1:00am PRPB Agents assigned to Touristic Unit in Carolina, conducted a traffic stop for violations to Puerto Rico Transit Law, Law 22, for illegal widow tints.

7. PRPB Agents approached the vehicle, a white Toyota, Camry, bearing Puerto Rico license plate JVY-868, PRPB Agents perceived a strong smell of marijuana from inside the car. In the vehicle, there were four male individuals. PRPB Agents asked the driver for his license and registration.

8. PRPB Agents performed the window tint test and confirmed the windows were illegally tinted.

9. PRPB Agent asked the driver for a consent to search for the vehicle, the driver agreed and signed the consent to search.

10. PRPB Agents asked the occupants to exit the car.

11. Christopher RAMOS-AYALA was riding as the front passenger.

12. PRPB Agents proceeded to perform the consented search of the vehicle.

13. PRPB Agents seized the following items from inside the vehicle

    From under the driver seat:
    - One black Smith & Wesson pistol, model 464, 9mm caliber, S/N:TAZ8347.
    - One magazine loaded with 8 rounds of 9mm

    From the seat of the passenger behind the driver:
    - One (1) orange cylindrical container with marijuana.

    From behind the front passenger seat:
    - One black Supreme fanny pack containing the following:
        - One black Glock pistol model 45, 9mm, S/N: BUEZ941, with a purple rubber grip with Supreme written. (the firearm has conversion device to make it a machinegun);
        - Seventy-four (74) rounds of 9mm caliber ammunition;
        - Four (4) Glock magazines (2 extended magazines of 31 rounds of ammunition capacity, 1 of 24 rounds of ammunition capacity, 1of 17 rounds of ammunition capacity).

2

- - One (1) black ski mask; and
  - One (1) black radio scanner.
- Four (4) iPhones.

14. ATF Agents responded to this case and interviewed the arrestees. The driver confirmed that he consented to a search of the vehicle and indicated he was unaware of the presence of the firearms.

15. The front passenger of the vehicle, identified as Christopher RAMOS-AYALA, after being read his rights, knowingly and voluntarily waived his right to remain silent, and spoke to ATF Agents. RAMOS-AYALA told the agents that the Supreme fanny pack, the Glock firearm, and the magazines seized were his. He also indicated that the firearm was altered as a machinegun, that he had tested it on 3 occasions, and that he had the firearm for 2 years.

16. A dry field test of the Glock pistol preliminarily revealed that it can fire automatically," more than one shot with a single pull of the trigger. A picture of the firearm and the conversion devices is included below.





## CONCLUSION

17. Based on my training and experience and the facts set forth above in this affidavit, there is probable cause to believe Christopher RAMOS-AYALA violated Title 18 U.S.C 922(o), Possession of a machinegun.

18. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge this August 2, 2025.

Favio T. Rodríguez Velazquez
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives (ATF)

Sworn in accordance with FRCP 4.1 at 2:37 PM on the 3rd day of August of 2025, by phone.

Marcos E. López
United States Magistrate Judge
District of Puerto Rico

4